1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     )  No. 13-196 KJM
                                 )
11              Plaintiff,       )  STIPULATION AND ORDER
                                 )  FOR TEMPORARY RELEASE
12 v.                            )
                                 )  JUDGE: Hon. Dale A. Drozd
13 KRISTOPHER EARLE NICHOLS,     )
                                 )
14              Defendant.       )
                                 )
15 _____)

16      The parties hereby stipulate and request that the Court issue an order granting Mr.
17 Nichols' temporary release on Thursday, January 9, 2014, from 12:00 p.m. to 4:00 p.m. to allow
18 him to attend the funeral of his five year old daughter.

19      On December 29, 2013, Mr. Nichols' daughter died from injuries sustained during an
20 accident in her residence.  Counsel for the defense has spoken with the mother of the little girl,
21 and she has asked that the court consider the temporary release of Mr. Nichols.

22      This Court previously detained Mr. Nichols after arraignment on an indictment that
23 alleged a violation of 18 U.S.C. § 922(g)(9), possession of a firearm after sustaining a
24 misdemeanor conviction for domestic violence.  Mr. Nichols has pleaded guilty to that offense
25 without the benefit of a plea agreement.  Sentencing will occur in this matter on January 15,
26 2014, before the Honorable Kimberly J. Mueller.  The parties anticipate the district court will
27 impose a term of imprisonment.

1 The parties stipulate and agree: that Mr. Nichols be transported to the United States Marshal's Office on the 5th Floor of the United States Courthouse the morning of January 9, 2014; that Mr. Nichols be temporarily released from the Marshal's Office to the custody of Investigator Henry Hawkins and Investigator Juan Doig from the Office of the Federal Defender on January 9, 2014, from 12:00 p.m. to 4:00 p.m.; and, that the investigators limit Mr. Nichols' activity solely to traveling to the funeral services, attending the services, and then returning to the Marshal's Office by 4:00 p.m.

The funeral services will occur at Sierra Hills Memorial Park & East Lawn Mortuary, 5757 Greenback Lane, Sacramento, CA 95841, on January 9, 2014, at 2:00 p.m. Investigator Hawkins and Investigator Doig will escort Mr. Nichols to that facility and return him to the Marshal's Office. Mr. Nichols will remain in the custody of the Federal Defender investigators during the entire time of his temporary release. The investigators will provide the United States Marshal's Office with Mr. Nichols' street clothes the day before the temporary release.

Counsel for Mr. Nichols has conferred with the United States Marshal's Office, and has confirmed the Marshals will accommodate this plan so long as the Court approves of it.

DATED: January 6, 2014                       Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ M.Petrik

                                             MICHAEL PETRIK, Jr.
                                             Assistant Federal Defender
                                             Attorneys for Defendant


DATED: January 6, 2014                       BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Jill M. Thomas

                                             JILL M. THOMAS
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

The Court hereby orders Mr. Nichols' temporary release from the United States Marshal to the custody of Investigator Henry Hawkins and Investigator Juan Doig from the Office of the Federal Defender on January 9, 2014, from 12:00 p.m. to 4:00 p.m.

Mr. Nichols' activity will be limited to traveling to the funeral services described above, attending the services, and then returning to the Marshal's Office by 4:00 p.m.  Mr. Nichols will remain in the custody of the Federal Defender investigators during the entire time of his temporary release.

Dated:  January 6, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Nichols0196.stipo.temp.release