# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER EARLE NICHOLS,<br><br>Defendant. | No. 2:13-cr-00196-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release KRISTOPHER EARLE NICHOLS; Case No. 2:13-cr-00196-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

_X_ (Other): Previously imposed conditions of supervision.

Issued at Sacramento, California on __1/24/18__, at __9:20 a.m.__

Kimberly J. Mueller
United States District Judge