# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **KRISTOPHER EARLE NICHOLS** | Criminal Number: **2:13CR00196-1** |
| | Defendant's Attorney: Michael Petrik, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of Charges 1, 2 and 3 as alleged in the Violation Petition at ECF No. 34 filed on 1/4/2018 and __to Charges 1 and 2__ as alleged in the Violation Petition at ECF 43 filed on __2/22/2018__.

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 in the Violation Petition at ECF 34 | Unlawful Use of a Controlled Substance | 11/14/16; 1/19/17; 2/21/17; 4/6/17; 5/19/17; 6/23/17; 7/7/17 |
| Charge 2 in the Violation Petition at ECF 34 | Failure to Participate in Drug Testing | 11/4/17; 11/10/17; 11/17/17; 12/1/17; 12/8/17; 12/15/17 |
| Charge 3 in the Violation Petition at ECF 34 | Failure to Participate in Correctional Treatment | 10/2017-12/2017 |
| Charge 1 in the Violation Petition at ECF 43 | Failure to Report to the Probation Officer | 2/9/18 |
| Charge 2 in the Violation Petition at ECF 43 | Failure to Participate in Drug Testing | 2/13/18; 2/16/18 |

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on __1/15/2014__.

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/26/2018
Date of Imposition of Sentence

*/s/ Kimberly J. Mueller*
Signature of Judicial Officer
**Kimberly J. Mueller**, United States District Judge
Name & Title of Judicial Officer
3/29/2018
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 12 months and 1 day with no term of supervised release to follow.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [✓] The court makes the following recommendations to the Bureau of Prisons:
  The court recommends that the defendant be incarcerated as close as possible to Sacramento, California or in the alternative an institution in California; insofar, as this accords with security classification and space availability.

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
  - [ ] at ___ on ___.
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before ___ on ___.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal